BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Direct: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MEYER,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL B. DONLEY, SECRETARY, UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>　　Defendant. | CASE NO.:2:10-CV-02998 MCE (GGH)<br><br>**STIPULATION TO EXTEND DATE OF THE SETTLEMENT CONFERENCE; AND ORDER** |

　　Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the settlement conference in the above-captioned case from July 21, 2011, to September 29, 2011, at 10:00 a.m.

DATED: July 20, 2011　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　*/s/ Edward A. Olsen*
　　　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1  DATED:  July 20, 2011          */s/ Victor C. Thuesen*
                                  VICTOR C. THUESEN
2                                 Law Offices of Victor C. Thuesen
                                  Attorney for Plaintiff
3

**ORDER**

SO ORDERED

DATED: July 21 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE