1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARBARA MEYER,

11            Plaintiff,                        No. CIV S-10-2998 MCE GGH

12        vs.

13   MICHAEL B. DONLEY, Secretary,
     United States Department of
14   the Air Force,                             ORDER RE SETTLEMENT & DISPOSITION

15            Defendants.
                                            /
16

17        Pursuant to the representations of counsel for the parties at a further Settlement

18   Conference conducted in Chambers on October 6, 2011, the court has determined that the above-

19   captioned case has settled.

20        The court now orders that dispositional documents are to be filed not later than January

21   17, 2012.

22        All hearing dates set in this matter are **VACATED.**

23   ////

24   ////

25   ////

26   ////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4        IT IS SO ORDERED.

5        DATED:  October 6, 2011.

6                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26