BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MEYER,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL B. DONLEY, SECRETARY, UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>              Defendant. | CASE NO.  2:10-CV-02998-MCE-GGH<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING A VOLUNTARY DISMISSAL** |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval by the Court, to extend the date by which the plaintiff will file a voluntary dismissal of the above-captioned case from January 17, 2012, to February 14, 2012, in light of the fact that the settlement check identified in the parties' settlement agreement has not yet been paid to plaintiff due to an error in processing the paperwork for payment by defendant's counsel of the check by the Judgment Fund.  Defendant's counsel has communicated with the Judgment Fund and fully expects the settlement check will be paid within four weeks.

//

//

//

STIPULATION TO EXTEND DATE

DATED: January 17, 2012

BENJAMIN B. WAGNER
United States Attorney


*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States of America

DATED: January 17, 2012

*/s/ Victor C. Thuesen*
VICTOR C. THUESEN
Law Offices of Victor C. Thuesen
Attorney for Plaintiff

**ORDER**

APPROVED AND SO ORDERED.

Dated: January 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE